UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DONALD W. STEVENS,

    Plaintiff,                                                  Case No. 1:09-cv-178

v                                                              HON. JANET T. NEFF

KALAMAZOO REGIONAL
PSYCHIATRIC HOSPITAL, et. al.,

    Defendants.
_____/


## **OPINION**

       Plaintiff initiated the present action against Kalamazoo Regional Psychiatric Hospital and Lenawee County Mental Health Authority on March 3, 2009 (Dkt 1). On March 26, 2009, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2) on grounds that the complaint failed to state a claim. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. The Court denies the objections and issues this Opinion and Judgment. *See* FED. R. CIV. P. 58.

       Plaintiff's original complaint was largely unintelligible, as the Magistrate Judge noted. Plaintiff's objections do not make the original complaint more clear or present any grounds upon

which this Court could grant relief. For this reason, Plaintiff's Motion for Order for Copies and Use of U.S. Attorneys for Service of Process is also denied.

For these reasons and because this action was filed *in forma pauperis*, this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Opinion and Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

A Judgment will be entered consistent with this Opinion.


Date: April 17, 2009  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD W. STEVENS,

    Plaintiff,                                      Case No. 1:09-cv-178

v                                                HON. JANET T. NEFF

KALAMAZOO REGIONAL
PSYCHIATRIC HOSPITAL, et. al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkt 8) are DENIED and the Report and Recommendation (Dkt 6) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order for Copies and Use of U.S. Attorneys for Service of Process is DENIED.

**IT IS FURTHER ORDERED** that the Complaint (Dkt 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C § 1915(a) that an appeal of the Judgment would not be taken in good faith.

Date: April 17, 2009                                          /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                       United States District Judge